# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

152259(3)

IN RE RICHARD B. HALLORAN, JUDGE
3RD JUDICIAL CIRCUIT COURT

SC: 152259
JTC Formal Complaint 97

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered, and is GRANTED. The Honorable John D. O'Hair is appointed master to hear Formal Complaint No. 97.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2015 _____



Clerk